# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 1:23-cr-042 |
| Victor Antony Velazquez, ) | |
| ) | |
| Defendant. ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on March 28, 2023, at 1:30 PM. To participate, counsel shall call (877) 810-9415 and enter access code 8992581. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously

**IT IS SO ORDERED.**

Dated this 10th day of March, 2023.

／s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court